UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH MEADOWS, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 7:09-CV-00605-LSC |
| | ] |
| FRANKLIN COLLECTION SERVICE, INC., | ] |
| | ] |
| Defendant. | ] |

### ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is hereby ORDERED that Elizabeth Meadows's motions for partial summary judgment (Docs. 87 & 90) are denied.  The motion for summary judgment filed by Franklin Collection Service, Inc. (Doc. 94) is GRANTED in all respects.  The above-entitled action is therefore DISMISSED with prejudice.  Costs are taxed to Elizabeth Meadows.

Done this 25th day of June 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671