UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH MEADOWS, | ] |
| Plaintiff, | ] |
| vs. | ] 7:09-CV-00605-LSC |
| FRANKLIN COLLECTION SERVICE, INC., | ] |
| Defendant. | ] |

ORDER

This case is scheduled for a TELEPHONE CONFERENCE with the Court at 10:00 a.m., on Tuesday, March 15, 2011. Between 9:45 - 10:00 a.m., the parties are directed to call 205-278-2186 and enter access code 1124. Each attorney firm listed on the docket is allowed one line to call in for the conference. If there are several attorneys at a firm, they should conference their lines together and call into the Court's conference line on one line. If you have any questions, please contact chambers in Tuscaloosa at 205-561-1672.

Done this 3rd day of March 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
159890