UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH MEADOWS,          ] | |
| ] | |
| Plaintiff,          ] | |
| ] | |
| vs.          ] | 7:09-CV-00605-LSC |
| ] | |
| FRANKLIN COLLECTION SERVICE,     ] | |
| INC.,          ] | |
| ] | |
| Defendant.          ] | |

## ORDER

Pending is Plaintiff's motion for relief from the order taxing costs. (Doc. 124.)  That motion is GRANTED.  Because the appellate court has reversed and remanded the previous decision of this Court, neither party has prevailed on both claims.  Thus, the order taxing costs to the prevailing party (Doc. 120) is hereby set aside.

Done this 23rd day of March 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
159890