UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH MEADOWS, | ] |
| Plaintiff, | ] |
| vs. | ] 7:09-CO-605-W |
| FRANKLIN COLLECTION SERVICES, INC., | ] |
| Defendant. | ] |

ORDER

The mediator has reported that this action has settled. (Doc. 136.) Therefore, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within 30 days from the date of this order. Costs are taxed as paid.

Done this 9th day of June 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
159890